### C. C. MOORE v. L. A. WACK.
No. 14,240.   (81 Pac. 1132.)

Error from Cherokee district court; WILLIAM B. GLASSE, judge. Opinion filed July 7, 1905. Dismissed.

*Sapp & Brown,* for plaintiff in error.
*A. D. Schreiner,* and *Sapp & Wilson,* for defendant in error.

*Per Curiam:* The brief of counsel for plaintiff in error contains no statement of facts or assignments of error. After en-

titling the case the brief reads: "The court is referred to section 4852 of the General Statutes of Kansas, 1901."

After reading the section cited we have failed to discover its relevancy to the case. It has no application to any question involved.

The proceedings in error are dismissed.